IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Warren Easterling, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv876 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Judge John W. Rudduck, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 6, 2015 a Report and Recommendation (Doc. 14).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 15) and defendant filed a response to the objection (Doc. 16).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant Rudduck's motion to dismiss (doc. 8) is **GRANTED**.  Plaintiff's motion for summary judgment (doc. 11) is **DENIED** as moot.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
   Judge Susan J. Dlott
   United States District Court